No. 938. PARSONS ET AL. *v.* CHILDS ET AL., TRUSTEES. May 27, 1940. Petition for writ of certiorari to the Su-

preme Court of Missouri denied. *Mr. Martin J. O'Donnell* for petitioners. *Messrs. Charles M. Blackmar, Samuel W. Sawyer,* and *Elliott H. Jones* for respondents.